

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00332-CV

Heritage Construction Co., LLC
v.
Mary Wynelle Petty by and through Teresa Lynn Woodrum, Independent Executrix of the Estate of Mary Wynelle Petty

On Appeal from the
343rd District Court of San Patricio County, Texas
Trial Court Cause No. S-19-5792CV-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Each party shall bear their own costs relating to this appeal.

We further order this decision certified below for observance.

August 15, 2024